**Order entered July 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00787-CV

**REVEREND RESHUNN D. CHAMBERS, TH.M., Appellant**

**V.**

**AMERICAN HALLMARK INSURANCE CO. OF TEXAS, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-01540**

## ORDER

The Court has before it appellant's June 25, 2013 motion to augment record on appeal with court reporter's transcript(s) and a letter from the court reporter, Tenesa Shaw, in which she agrees to supplement the reporter's record. The Court therefore **DENIES** the motion as moot and **ORDERS** Ms. Shaw to provide the supplemental records within thirty days of the date of this order.

/s/     ELIZABETH LANG-MIERS
           JUSTICE